IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 2:17-CR-129-D |
| VS. | § | |
| | § | |
| DANYELL MICHELLE ROBERTS (1), | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Following *de* novo review, the court adopts the January 11, 2019 findings, conclusions, and recommendation of the United States Magistrate Judge. Accordingly, the court grants defendant an extension of time to appeal under Fed. R. App. P. 4(b)(4) through November 20, 2018. Her notice of appeal filed on November 20, 2018 is therefore timely.

**SO ORDERED**.

January 29, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE